[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 18-14619; 18-14620
Non-Argument Calendar

_____

D.C. Docket Nos. 2:17-cr-00020-LGW-BWC-1,
2:18-cr-00030-LGW-BWC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SUSAN ANDERSON,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Georgia

_____

(October 17, 2019)

Before WILLIAM PRYOR, ROSENBAUM, and FAY, Circuit Judges.

PER CURIAM:

B. Reid Zeh III, appointed counsel for Susan Anderson in these direct criminal appeals, has moved to withdraw from further representation of the appellant and filed briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeals is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motions to withdraw are **GRANTED**, and Anderson's convictions and sentences are **AFFIRMED.**

We recognize that Anderson's response to counsel's motion to withdraw contains allegations that counsel provided ineffective assistance.  Because claims of ineffective assistance of counsel are best presented in a 28 U.S.C. § 2255 motion rather than on direct appeal, we decline to consider these claims at this time, *see Massaro v. United States*, 538 U.S. 500, 504–05, 508 (2003), though Anderson is free to raise these allegations on collateral review in a § 2255 motion.